# MANDATE

E.D.N.Y.–Bklyn
06-cv-3153
Vitaliano, J.

## United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 1st day of December, two thousand eleven,

Present:
> Dennis Jacobs,
>> *Chief Judge,*
>
> Peter W. Hall,
> Gerard E. Lynch,
>> *Circuit Judges.*

Bridgette Chapman,

> *Plaintiff-Appellant*,

v.                                                                                             11-2346-cv

City of New York, New York City Department of Education,

> *Defendants-Appellees*.

This Court has determined *sua sponte* that the notice of appeal was untimely filed. Upon due consideration, it is hereby ORDERED that the appeal is DISMISSED for lack of jurisdiction. *See* Fed. R. App. P. 4(a)(1); *Bowles v. Russell*, 551 U.S. 205, 214 (2007).

> FOR THE COURT:
> Catherine O'Hagan Wolfe, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

SAO-APK

MANDATE ISSUED ON 12/29/2011